UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THURMAN BURNS,<br><br>          Petitioner<br><br>vs.<br><br>STATE OF NC,<br><br>          Respondent. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:19-HC-2274-BO** |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, Chief United States District Judge, for consideration after the issuance of an order of deficiency.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court: DISMISSES WITHOUT PREJUDICE the action for failure to prosecute; DENIES as moot the pending motion [D.E. 4]; DENIES a Certificate of Appealability, and DIRECTS the clerk to close the case.

This Judgment filed and entered on November 14, 2019, and copies to:

Thurman Burns                                  (via U.S. Mail)
0058260
Franklin Correctional Center
P.O. Box 155
Bunn, NC  27508

November 14, 2019                         Peter A. Moore, Jr.
                                                          Clerk of Court

                                                          By:
                                                          Deputy Clerk